UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD ROGALSKI, #257594,

     Plaintiff,                                 Case No. 1:07-cv-946

v                                       HON. JANET T. NEFF

GEORGE PRAMSTALLER,

     Defendant.

_____/

## JUDGMENT

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant filed a

motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a

Report and Recommendation, recommending that this Court grant Defendant's motion and enter

judgment for Defendant.  The Report and Recommendation was duly served on the parties.  No

objections have been filed, see 28 U.S.C. § 636(b)(1), and the Court issues this Judgment pursuant

to FED. R. CIV. P. 58.

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation (Dkt 36) is

**APPROVED and ADOPTED** as the opinion of the Court.

       **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Dkt 23) is

**GRANTED** and Judgment is entered against Plaintiff and in favor of Defendant.

       **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3)

that an appeal of this Judgment would not be taken in good faith.  See *McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997).


Dated:  November 20, 2008                  /s/Janet T. Neff_____
                                           JANET T. NEFF
                                           United States District Judge